JOHN F. COSGROVE, PLAINTIFF-APPELLANT, v. HILDA ELLENSTEIN, DEFENDANT-RESPONDENT.

Submitted October 26, 1934—Decided January 10, 1935.

For the plaintiff-appellant, *Joseph C. Paul.*

For the defendant-respondent, *James F. X. O'Brien.*

PER CURIAM.

Plaintiff and defendant were, by jury verdict and judgment, held liable in damages to another as joint tort feasors. Plaintiff paid the judgment and seeks contribution from the defendant. The court below struck the complaint upon the ground that it did not disclose a cause of action. Judgment for defendant. Plaintiff appeals.

The single question is whether the courts will assist one joint tort feasor to obtain contribution from another. The answer, in this state, is clearly and definitely in the negative. *Public Service* v. *Matteucci,* 105 *N. J. L.* 114; *Manowitz* v. *Kanov,* 107 *Id.* 523; *Newman* v. *Fowler,* 37 *Id.* 89; *Fiorentino* v. *Adkins,* 9 *N. J. Mis. R.* 446.

Judgment affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.